AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hudson, Henry E. | USDC, Eastern District of VA | 04/27/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge -- Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

701 East Broad Street
Suite 6312
Richmond, Virginia 23219-1833

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Executive Advisory Committee | National Center for Judicial Secuirty - U.S. Marshals Service |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | Virginia Retirement System, Judicial pension (retirement effective September 1, 2002; payment commenced January, 2003) |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Adjunct Professor, University of Richmond School of Law | $3,500.00 |
| 2. 2011 | Loft Press, book royalties | $2,250.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hudson, Henry E. | 04/27/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Navy Federal Credit Union | VISA and Mastercard (credit cards) | J |
| 2. | Exxon Mobil | Credit card | J |
| 3. | Shell Oil | Credit card | J |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America (Accounts) | A | Interest | J | T | | | | | |
| 2. Branch Bank & Trust (BB&T) (Accounts) (CDs) | A | Interest | K | T | | | | | |
| 3. Cardinal Bank (Stock) | A | Dividend | K | T | | | | | |
| 4. Navy Federal Credit Union (Accounts) (CDs) | B | Interest | L | T | | | | | |
| 5. Campaign Solutions, Inc. | B | Dividend | L | W | | | | | |
| 6. Franklin High-Yield Fund | C | Interest | L | T | | | | | |
| 7. Dominion Resources, Inc. | C | Dividend | M | T | | | | | |
| 8. American Fund - Capital World Growth and Income Fund | A | Interest | K | T | | | | | |
| 9. American Legacy II - Lincoln National Life | D | Dividend | M | T | | | | | |
| 10. Virginia Retirement System | D | Dividend | K | T | | | | | |
| 11. Blackrock Funds - Int'l Opportunities | A | Dividend | J | T | | | | | |
| 12. Blair Williams Int'l Growth Fund | A | Dividend | J | T | Sold (part) | 11/1/11 | J | A | |
| 13. Diamond Hills Funds - Small Cap Fund | A | Dividend | J | T | | | | | |
| 14. Franklin Federal Intermediate Term Tax Free Income Fund | C | Dividend | L | T | | | | | |
| 15. Franklin Virginia Tax Free Income Fund | C | Dividend | L | T | | | | | |
| 16. Goldman Sachs Tr. Fin. Square MMKT | A | Dividend | J | T | Sold (part) | 10/17/11 | J | A | |
| 17. Goldman Sachs TR Fin. Square MMKT | A | Dividend | J | T | Buy (add'l) | 09/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hudson, Henry E. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Hotchkis & Wiley Core Value Fund | A | Dividend | J | T | | | | | |
| 19. Pimco-Commodity Fund | A | Dividend | J | T | Buy (add'l) | 09/21/11 | J | | |
| 20. Wells Fargo Advantage Endeavor Select Fund | A | Dividend | J | T | | | | | |
| 21. Wells Fargo Advantage Small Cap | A | Dividend | J | T | | | | | |
| 22. John Hancock Classic Value Fund | A | Dividend | J | T | Buy (add'l) | 09/21/11 | J | | |
| 23. Artio Int'l Equity Fund | A | Dividend | J | T | Sold (part) | 09/21/11 | J | A | |
| 24. Legg Mason Value Trust | A | Dividend | J | T | | | | | |
| 25. Hartford Int'l Growth Fund | A | Dividend | J | T | | | | | |
| 26. Managers Time SSQ | A | Dividend | J | T | Sold (part) | 09/21/11 | J | A | |
| 27. Cambiar Opportunity Fund | A | Dividend | J | T | Sold (part) | 11/01/11 | J | A | |
| 28. Harbor Fund INSTL Class | A | Dividend | J | T | Sold (part) | 11/01/11 | J | A | |
| 29. Keeley Small Cap Value | A | Dividend | J | T | Buy | 09/20/11 | J | | |
| 30. Security Equity Fund Mid Cap Value | A | Dividend | J | T | Sold (part) | 12/29/11 | J | A | |
| 31. Touchstone Large Cap Growth Fund | A | Dividend | J | T | | | | | |
| 32. Ford Motor Co. | A | Dividend | J | T | Buy (add'l) | 03/24/11 | J | | |
| 33. AIM Global Real Estate | A | Dividend | J | T | | | | | |
| 34. Dreyfus App. Fund | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hudson, Henry E. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. RS Invt. Emerging Mkt | A | Dividend | J | T | Buy (add'l) | 09/21/11 | J | | |
| 36. Genworth Financial | A | Dividend | J | T | | | | | |
| 37. Toyota MTRCorp. | A | Dividend | J | T | | | | | |
| 38. Citigroup, Inc. | A | Dividend | J | T | | | | | |
| 39. Brandywine Blue Fund | A | Dividend | | | Sold | 09/21/11 | J | A | |
| 40. DWS Small Cap Value Fund | A | Dividend | J | T | Sold (part) | 09/21/11 | J | A | |
| 41. Morgan Stanley Mid Cap Growth Fund | A | Dividend | J | T | | | | | |
| 42. Oppenheimer Dev. Mkt | A | Dividend | J | T | | | | | |
| 43. Sentinel Small Co. | A | Dividend | J | T | | | | | |
| 44. General Elec. Co. | A | Dividend | J | T | Buy | 09/30/11 | J | | |
| 45. Smithfield Foods, Inc. | A | Dividend | J | T | Buy | 03/21/11 | J | | |
| 46. Mainstay Large Cap Growth | A | Dividend | J | T | Buy | 09/20/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hudson, Henry E. | 04/27/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Hudson, Henry E. | 04/27/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Henry E. Hudson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544